UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN, *et al.*, <br><br> Plaintiff <br><br> v. <br><br> GIETHER, *et al.*, <br><br> Defendants | Case No.  2:21-cv-01182-RFB-DJA <br><br> ORDER |

**I.   DISCUSSION**

The Court issues this order on its own initiative. On June 30, 2023, the court-ordered Inmate Early Mediation Conference did not take place because the parties agreed that the mediation should take place at a later date. (ECF No. 36). On July 7, 2023, Plaintiff Tracey Brown filed a notice with the Court stating that the mediation was postponed because of a pending criminal case against Plaintiff Tony Brown. (ECF No. 37 at 1). In light of this situation, the Court, in the interest of justice, now directs the Office of the Attorney General of the State of Nevada to provide a status report concerning the reasons for the postponement of the mediation conference. Finally, the Office of the Attorney General of the State of Nevada must also file, if needed, the appropriate motions to continue the court-ordered stay and address the reasons why a continuation is needed. The status report and any motions must be filed on or before **July 19, 2023**.

**II.   CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that the Office of the Attorney General of the State of Nevada shall file a status report concerning the postponement of the mediation on or before **July 19, 2023**.

///

///

///

///

**IT IS FURTHER ORDERED** that the Office of the Attorney General of the State of Nevada shall file the appropriate motions to continue the court-ordered stay and address the reasons why a continuation is needed on or before **July 19, 2023**.

DATED this 13th day of July 2023.

_____
United States Magistrate Judge