# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| Tracey L. Brown, Tony O. Brown, | Case No. 2:21-cv-01182-RFB-DJA |
| Plaintiffs, | |
| v. | **Order** |
| Geither, et al., | |
| Defendants. | |

The Court sets Kristina Wildeveld, Caitlyn McAmis, and Richard Bryant's motion to withdraw as counsel for Plaintiffs Tracey L. Brown and Tony O. Brown (ECF No. 86) for a hearing on **March 18, 2025, at 1:30 PM** via videoconference.

**IT IS THEREFORE ORDERED** that the Court sets the motion to withdraw as counsel (ECF No. 86) for a hearing in front of the Honorable Magistrate Judge Daniel J. Albregts on **March 18, 2025, at 1:30 PM** via video conference.

**IT IS FURTHER ORDERED** that Tracey L. Brown and Tony O. Brown shall be allowed to attend the hearing via videoconference. The facilities where Tracey L. Brown and Tony O. Brown are housed shall make Tracey L. Brown and Tony O. Brown available for the hearing via videoconference.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Tracey L. Brown and Tony O. Brown at the below addresses:

**Tracey L. Brown, #67358**

Southern Desert Correctional Center

P.O. Box 208

Indian Springs, NV 89070


**Tony O. Brown, #69493**

High Desert State Prison

P.O. Box 650

Indian Springs, NV 89070

DATED: March 5, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE