# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tracey L. Brown and Tony O. Brown, | Case No. 2:21-cv-01182-RFB-DJA |
| Plaintiffs, | |
| v. | **Order** |
| Giether, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiffs' mail. (ECF Nos. 98, 99). It appears that Plaintiffs' mail may have been delivered to the wrong institutions. So, the Court will re-send this mail.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to send the following to Plaintiffs at the below addresses: (1) a copy of the order at ECF No. 97; (2) a copy of the docket sheet; and (3) a copy of the transcript order form and its instructions.[1]

**Tracey L. Brown, #67358**
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070

**Tony O. Brown, #69493**
High Desert State Prison
P.O. Box 650
Ely, NV 89070

DATED: April 28, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] A copy of this form and its instructions can be found online at https://www.nvd.uscourts.gov/case-information/ordering-transcripts/